

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2014

No. 04-14-00093-CV

**IN RE** David **RODRIGUEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Sandee Bryan Marion, Justice
              Rebeca C. Martinez, Justice

On February 10, 2014, relator David Rodriguez filed a "Motion for Leave to File a Petition for Writ of Mandamus and for Emergency Stay" asking this court to stay a hearing scheduled for February 12, 2014, in the underlying probate proceeding. No leave is required to file a petition for writ of mandamus in this court. TEX. R. APP. P. 52. The motion for stay appears to be ancillary to a petition for writ of mandamus which has yet to be filed. However, relator must commence a proceeding under Texas Rule of Appellate Procedure 52.1 before this court can consider any temporary relief requested pursuant to Texas Rule of Appellate Procedure 52.10. Because Rodriguez has not yet initiated an original proceeding, we DISMISS the motion for emergency stay for want of jurisdiction and without prejudice to refiling if and when Rodriguez initiates an original proceeding by filing a petition for writ of mandamus.

It is so **ORDERED** on February 10th, 2014.          PER CURIAM

ATTESTED TO: _____
                 Keith E. Hottle
                 Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010PC2639, styled *In re Maria I. Rodriguez, An Incapacitated Person*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.